UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Criminal No. 24-837 (ES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AVIN INTERNATIONAL LTD and KRITI RUBY SPECIAL MARITIME ENTERPRISES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER GRANTING GOVERNMENT MOTION FOR WHISTLEBLOWER AWARD |

THIS CAUSE came before the Court on the Government's Unopposed Motion for Whistleblower Award. After reviewing the motion, the Court finds good cause in its discretion to GRANT the Motion. The Court hereby ORDERS that an award of $750,000.00 (USD) be paid to Darren Jay Sabado from the fine proceeds in this case. It is further ORDERED that the Government provide to the Clerk of Court the banking information required to complete the payment to Darren Jay Sabado via electronic means.

So ordered this the 23rd day of December, 2024.

THE HONORABLE ESTHER SALAS
United States District Court Judge